IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-M-0968 (MJW)

TESSA L. CARRILLO,

                              Plaintiff,

vs.

MICHAEL R. VAUGHN and
NEW PRIME, INC., a Nebraska corporation,

                              Defendants.

---

**ORDER TERMINATING THE CARRILLO QUALIFIED SETTLEMENT FUND AND
DISCHARGE OF FUND ADMINISTRATOR**

---

This matter comes before the Court on the motion of Tessa L. Carrillo for termination of the Carrillo Qualified Settlement Fund and for the discharge of Donald P. Hafner as Fund Administrator of the Carrillo Qualified Settlement Fund.  The Court, having reviewed the file and the final accounting filed by the Fund Administrator, and being otherwise fully advised,

FINDS AS FOLLOWS:  that the final accounting filed by the Fund Administrator complies with the Order Approving Establishment of the Carrillo Qualified Settlement Fund, that all funds which were placed in the Carrillo Qualified Settlement Fund have been properly disbursed, that the Release and Hold Harmless Agreement complies with the Order Approving Establishment of the Carrillo Qualified Settlement Fund, that the Fund Administrator has managed and

administered the Carrillo Qualified Settlement Fund pursuant to the Order Approving Establishment of the Carrillo Qualified Settlement Fund, and that the purpose for which the Carrillo Qualified Settlement Fund was established has been accomplished.

AND HEREBY ORDERS that the Carrillo Qualified Settlement Fund be and the same is hereby terminated, and that Donald P. Hafner, the Fund Administrator, is hereby discharged as Fund Administrator.

Order entered this _13th_ day of <u>March</u> 2006.

BY THE COURT:

s/Richard P. Matsch

_____
United States District Judge